**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

**KEVIN BACHHUBER,** on behalf of himself
and all others similarly situated,

                      Plaintiff,

       -against-                       No. 26-cv-2659

**MARCAS ASSET MANAGEMENT LLC,**        **MOTION FOR ADMISSION**
doing business as:
**MARCAS CAPITAL,**                          **PRO HAC VICE**

                          Defendant.

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, **Anthony I. Paronich,** hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for

          **Plaintiff Kevin Bachhuber**             in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of      **Massachusetts**      and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated:                  Respectfully Submitted,

 April 1, 2026            */s/ Anthony I. Paronich*

                     Applicant Signature:__  */s/ Anthony I. Paronich*_____

                     Applicant's Name:__Anthony I. Paronich_____

                     Firm Name:__Paronich Law PC_____

                     Address:_350 Lincoln Street, Suite 2400

                     City/State/Zip: Hingham, MA 02043
                     Telephone: (617) 485-0018
                     Email: anthony@paronichlaw.com