**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**MANHATTAN DIVISION**

|  |  |
|---|---|
| **KEVIN BACHHUBER**, on behalf of himself and all others similarly situated,<br><br>              Plaintiff,<br><br>       v.<br><br>**MARCAS ASSET MANAGEMENT LLC**, doing business as:<br>**MARCAS CAPITAL**,<br><br>              Defendant. | No. 26-cv-2659 |

**AFFIDAVIT OF ANTHONY I. PARONICH IN SUPPORT OF**
**APPLICATION TO APPEAR *PRO HAC VICE* ON BEHALF OF PLAINTIFF**

I, Anthony I. Paronich, hereby declare under penalty of perjury on the date set forth below that:

(a) I have never been convicted of a felony;

(b) I have never been censured, suspended, disbarred or denied admission or readmission by any court; and

(c) There are no disciplinary proceedings presently against me.

1

DATED AND SUBMITTED this _____1st_____day of ~~March~~ April, 2026.    *AP*

Respectfully submitted,

By: *Anthony Paronich*
_____
Anthony I. Paronich (*pro hac vice*)
**PARONICH LAW P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[T] (617) 485-0018
anthony@paronichlaw.com

*Counsel for Plaintiff and the Putative Class*

STATE OF ___Nevada_____    )

                               ) ss.

COUNTY OF ___Clark_____    )

On this __1st__ day of ___April_____, 2026, before me, the undersigned Notary Public, appeared Anthony I. Paronich, who proved to me to be the person whose name is subscribed to this document and acknowledged executing it.

WITNESS my hand and official seal.

_____
Notary Public

My commission expires: ___01/07/2030_____

**Mark A Braddy**
NOTARY PUBLIC
STATE OF NEVADA
Appt. No. 22-6937-01
Expires January 7, 2030

Notarized remotely using audio-video communication technology via Proof.

2