**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

KEVIN BACHHUBER, on behalf of himself
and all others similarly situated,   Plaintiff,

-against-

**MARCAS ASSET MANAGEMENT LLC,**
doing business as: **MARCAS CAPITAL,**
                                            Defendant.

Case No. #

__26__ cv__2659___ (      )

**ORDER FOR ADMISSION**
**PRO HAC VICE**

The motion of _____**Anthony I. Paronich**_____, for admission to

practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of

_____**Massachusetts**_____; and that his/her contact information is as follows

(please print):

Applicant's Name:   _____**Anthony I. Paronich**_____

Firm Name:   _____**Paronich Law P.C.**_____

Address:   _____**350 Lincoln Street, Suite 2400**_____

City / State / Zip:   _____**Hingham, MA  02043**_____

Telephone / Fax:   _____**(617) 485-0018**_____

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for

_____**Plaintiff Kevin Bachhuber**_____ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above

captioned case in the United States District Court for the Southern District of New York. All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the Rules governing

discipline of attorneys.

Dated:___4/6/26_____

_____
United States District / Magistrate Judge