UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KEVIN BACHHUBER,

                    Plaintiff,                           26-cv-2659 (JGK)

        - against -                                      <u>Order</u>

MARCAS ASSET MANAGEMENT LLC,

                    Defendant.

---

John G. Koeltl, District Judge:

    The parties are directed to submit a Rule 26(f) report by **June 24, 2026.**

SO ORDERED.

Dated:    New York, New York
          June 10, 2026

                                         _____
                                              John G. Koeltl
                                         United States District Judge