UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
AT MANHATTAN

| | |
|---|---|
| KEVIN BACHHUBER, on behalf of himself and all others similarly situated,<br><br>    *Plaintiff*,<br><br>vs.<br><br>MARCAS ASSET MANAGEMENT LLC doing business as:<br>MARCAS CAPITAL,<br><br>    *Defendant*. | Case No. 1:26-cv-02659 |

## NOTICE OF SETTLEMENT

The dispute between Kevin Bachhuber ("Plaintiff") and Defendant Marcas Asset Management LLC, doing business as Marcas Capital ("Defendant") (together the "Parties"), has been resolved on an individual basis with a settlement in principle. The Parties anticipate filing dismissal documents as to Plaintiff's individual claims against Defendant with prejudice and putative class claims without prejudice within thirty (30) days. The Parties request that all pending dates and filing requirements be vacated.

Dated: June 18, 2026

**KLEIN MOYNIHAN TURCO LLP**

*/s/ Dustin P. Mansoor*
Dustin P. Mansoor
dmansoor@kleinmoynihan.com
450 Seventh Avenue – 40th Floor
New York, NY 10123
T: (212) 246-0900
*Attorneys for Marcas Asset Management LLC d/b/a Marcas Capital*

1

## **<u>CERTIFICATE OF SERVICE</u>**

I certify a true and correct copy of the foregoing was served upon all counsel of record via CM/ECF on June 18, 2026.

*/s/ Dustin P. Mansoor*
Attorney for Marcas Asset Management LLC d/b/a Marcas Capital
